HARBINE BANK OF FAIRBURY, APPELLEE, v. PHOEBE KLASE, APPELLANT.

FILED MARCH 21, 1930. No. 27103.

*J. W. Moss* and *Melvin Moss,* for appellant.

*Heasty, Barnes & Rain, contra.*

Heard before GOSS, C. J., DEAN, GOOD, EBERLY and DAY, JJ., and CARTER and CHASE, District Judges.

PER CURIAM.

This is an appeal from a judgment of the district court for Jefferson county confirming the sale of land sold to satisfy a deficiency judgment rendered on the foreclosure of a real estate mortgage.

We have carefully examined the record and find the same to be free from prejudicial error. The judgment of the district court is therefore

AFFIRMED.